IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR H. MARTIN, et al.,

        Petitioners,                       Misc. S-06-0040 DFL GGH PS

    vs.

UNITED STATES,

        Respondent.                   <u>ORDER</u>

/

        On April 24, 2006, petitioners filed a petition to quash IRS summons issued to various third party banks. There is no record that the United States has been served with the petition.

        Accordingly, IT IS ORDERED that:

        1. Petitioners serve the instant petition on the United States within thirty days of this order; and

        2. After service, petitioners shall set their petition for hearing on this court's law and motion calendar, with notice to respondent.

DATED: 5/5/06                       /s/ Gregory G. Hollows

                                           UNITED STATES MAGISTRATE JUDGE

GGH:076/Martin0040.ptn.wpd

1