IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR H. MARTIN, et al.,

    Petitioners,               Misc. S-06-0040 DFL GGH PS

    vs.

UNITED STATES,

    Respondent.            <u>ORDER</u>

        Petitioners are proceeding pro se with a petition to quash IRS summons issued to various third party banks. On May 5, 2006, this court directed petitioners to serve the United States with the petition. On May 23, 2006, petitioners filed a letter requesting information on how to serve the United States. For the sake of efficiency, the Clerk of the Court will be directed to serve the United States with the petition on behalf of petitioners.

        Accordingly, IT IS ORDERED that:

        1. The Clerk of the Court is directed to serve the petition on the United States; and

\\\\\

\\\\\

\\\\\

1

1  2. After service, petitioners shall set their petition for hearing on this court's law and motion calendar, with notice to respondent.

DATED: 5/30/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076/Martin0040.srv.wpd