IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR H. MARTIN, et al.,

    Petitioners,               Misc. S-06-0040 DFL GGH PS

    vs.

UNITED STATES,

    Respondent.               <u>ORDER</u>

/

        Petitioners are proceeding pro se with a petition to quash IRS summons issued to various third party banks. Presently pending on this court's calendar for August 10, 2006, is petitioners' motion to quash. On July 24, 2006, petitioners filed a request to continue the hearing to September 14, 2006.

        Accordingly, IT IS ORDERED that the hearing on petitioners' motion to quash is continued from August 10, 2006 to September 14, 2006.

DATED: 7/31/06

                                                  /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:076/Martin0040.con.wpd

1