IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR H. MARTIN and
PATRICIA A MARTIN,

        Petitioners,

   v.

UNITED STATES OF AMERICA,

        Respondent.       /

No. MISC. S-06-0040 DFL GGH PS

O R D E R

    Before the court is the United States' Motion for Entry of Final Order by District Judge.  Upon de novo review of the entire record in this case, and for good cause shown, the United States' motion is GRANTED.  The Magistrate Judge's order of 9/11/06 is treated as a Finding and Recommendation, and it is

/
/
/
/
/
/
/

1

hereby adopted in full as the order of this court enforcing the IRS summonses at issue.

   IT IS SO ORDERED.

Dated:   December 11, 2006

/s/ David F. Levi
DAVID F. LEVI
United States District Judge